AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 06 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

United States of America
v.
GONZALO SANCHEZ-GUZMAN
a/k/a Gonzalo GUZMAN-ITURRALDGE

Case No. 3:16mj165-LRA
(UNDER SEAL)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 31, 2016** in the county of **Madison** in the **Southern** District of **Mississippi**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 1326(a) & (b)(1), Title 8, U.S.C. | Gonzalo Sanchez-Guzman a/k/a Gonzalo Guzman-Iturraldge being an alien to the U.S. and a citizen of Mexico was found in the U.S. after having previously been convicted on June 24, 1991, in the Cook County Circuit Court, Chicago, Illinois, for the offense of Delivery of a Controlled Substance and arrested and removed from the U.S. on or about August 30, 2011, without having received the permission of the Attorney General or Secretary of Homeland Security to re-enter the United States. |

This criminal complaint is based on these facts:

See affidavit of SA Bradley Harris, HSI attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

SA Bradley Harris, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/6/2016

*Judge's signature*

City and state: Jackson, Mississippi    Hon. Linda R. Anderson, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

1. I, Bradley Harris, after being duly sworn in due form of law, depose and state that I am a Special Agent with Homeland Security Investigations (HSI), and have been so employed for a period of over 12 years. Prior to this appointment, I was employed by the Mississippi Department of Public Safety, Mississippi Bureau of Narcotics, I also served as a uniform patrol officer for the Greenville Police Department, Greenville, Mississippi, and Madison Police Department, Madison, Mississippi. I am currently assigned by HSI to the Office of the Resident Agent in Charge, Jackson, Mississippi.

2. This affidavit is made in support of a criminal complaint for Gonzalo SANCHEZ-GUZMAN, also known as (aka) Gonzalo GUZMAN-ITURRALDGE. The defendant is a native and citizen of Mexico born on December 10, 1957.

3. On August 31, 2016, Madison County Sheriff's Deputy's encountered SANCHEZ-GUZMAN during a traffic stop on Interstate 55 near mile marker 126 near Canton, Mississippi. During the course of the traffic stop deputies discovered that SANCHEZ-GUZMAN was in possession of a Mexican Consular card depicting the name Gonzalo GUZMAN-ITURRALDGE. As a result of the traffic stop, SANCHEZ-GUZMAN was issued a citation for careless driving and transported to the Madison County Detention Center, Canton, Mississippi, for further processing.

4. Your Affiant was notified of the traffic stop and traveled to the Madison County Detention Center and discovered that SANCHEZ-GUZMAN was in fact a citizen and national of Mexico who last entered the United States without being inspected by an Immigration officer. SANCHEZ-GUZMAN was then transported to the HSI field office located in Pearl, Mississippi.

5. Your Affiant, utilizing fingerprints, submitted through a ten-print fingerprint analysis, determined that SANCHEZ-GUZMAN has been issued immigration file number A 026 323 217. Record checks revealed that SANCHEZ-GUZMAN was previously removed from the United States to Mexico on August 30, 2011, through Harlingen, Texas. Furthermore, these same records show that SANCHEZ-GUZMAN was convicted on June 24, 1991, in the Cook County Circuit Court, Chicago, Illinois, for the offense of Delivery of a Controlled Substance. Also, the records show that SANCHEZ-GUZMAN was removed under section 237(a)(2)(A)(iii) of the Immigration and Nationality Act. The record checks revealed that no applications have been made by SANCHEZ-GUZMAN, or on his behalf, to any government official to reenter the United States after his previous removal.

6. The defendant has reentered the United States after deportation or removal as a felon without having first obtained the express written consent of the Attorney General of the United States or his successor, the Secretary of the Department of Homeland Security, a violation of Title 8 U.S.C. § 1326(b)(1).

_____
Bradley Harris
Special Agent
Homeland Security Investigations

Subscribed and sworn to me this 6th Day of September, 2016

_____
Honorable Linda R. Anderson
United States Magistrate Judge